IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, MARIA S. MEDINA

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARIA S. MEDINA,<br><br>            Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>            Defendants. | ) Case No.: CV 15-07801 MRW<br>)<br>) ORDER AWARDING EAJA FEES<br>)<br>)<br>)<br>) HON. MICHAEL R. WILNER<br>) UNITED STATES MAGISTRATE<br>) JUDGE<br>)<br>) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FIVE THOUSAND FOUR HUNDRED DOLLARS ($5,400.00) for all legal services rendered by Plaintiff's attorney in this civil action under 28 U.S.C. §2412(d) and costs in the amount of FOUR HUNDRED DOLLARS ($400.00) under 28 U.S.C. §1920, and subject to the terms and conditions of the Stipulation.

DATED:  August 26, 2016

_____
HON . MICHAEL R. WILNER
U.S. MAGISTRATE JUDGE